IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WENDY DOLIN, Individually and as Independent Executor of the ESTATE OF STEWART DOLIN, deceased,<br><br>Plaintiff,<br><br>v.<br><br>SMITHKINE BEECHAM CORPORATION D/B/A GLAXOSMITHKINE, a Pennsylvania Corporation; MYLAN INC., a Pennsylvania Corporation; and H.D. SMITH WHOLESALE DRUG CO., a Delaware Corporation with its principal place of business in Illinois,<br><br>Defendants. | Case No. 12-CV-06403<br><br>Judge James B. Zagel |

## MOTION TO REMAND

For the reasons set forth in the accompanying memorandum of law which is incorporated by reference, Plaintiff hereby moves for an order remanding this case to the Circuit Court of Cook County, Illinois.

Dated: September 12, 2012

By: /s/ Bijan Esfandiari
Bijan Esfandiari, Esq. (*pro hac vice*)
Michael L. Baum, Esq. (*pro hac vice*)
Frances M. Phares, Esq. (*pro hac vice*)
R. Brent Wisner, Esq. (*pro hac application to be submitted*)
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
(310) 207-3233
(310) 207-4204 (fax)

and

Joshua L. Weisberg, Esq.
Lindsey A. Epstein, Esq.

1

RAPOPORT LAW OFFICES, P.C.
20 North Clark Street, Suite 3500
Chicago, IL 60602
(312) 327-9880
(312) 327-9881 (fax)

*Attorneys for Plaintiff, Wendy Dolin*