**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WENDY DOLIN, Individually and as Independent Executor of the ESTATE OF STEWART DOLIN, deceased,<br><br>Plaintiff,<br><br>v.<br><br>SMITHKINE BEECHAM CORPORATION D/B/A GLAXOSMITHKINE, a Pennsylvania Corporation; MYLAN INC., a Pennsylvania Corporation; and H.D. SMITH WHOLESALE DRUG CO., a Delaware Corporation with its principal place of business in Illinois,<br><br>Defendants. | Case No. 12-CV-06403<br><br>Judge James B. Zagel |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Thursday, September 20, 2012 at 10:15 a.m.,** or as soon thereafter as counsel may be heard, I will appear before the Honorable James B. Zagel or any Judge sitting in his stead in Courtroom 2503 of the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff Wendy Dolin's **Motion and Memorandum in Support of Motion to Remand**, a copy of which is served upon you through the CM/ECF filing system.

                By: /s/ Bijan Esfandiari
                    Bijan Esfandiari, Esq. (*pro hac vice*)
                    Michael L. Baum, Esq. (*pro hac vice*)
                    Frances M. Phares, Esq. (*pro hac vice*)
                    R. Brent Wisner, Esq. (*pro hac application to be submitted*)
                    BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
                    12100 Wilshire Blvd., Suite 950
                    Los Angeles, CA 90025

(310) 207-3233
(310) 207-4204 (fax)

and

Joshua L. Weisberg, Esq.
Lindsey A. Epstein, Esq.
RAPOPORT LAW OFFICES, P.C.
20 North Clark Street, Suite 3500
Chicago, IL 60602
(312) 327-9880
(312) 327-9881 (fax)

*Attorneys for Plaintiff, Wendy Dolin*