**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WENDY DOLIN, Individually and as Independent Executor of the ESTATE OF STEWART DOLIN, deceased, <br><br> Plaintiff, <br><br> v. <br><br> SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, a Pennsylvania Corporation; MYLAN INC., a Pennsylvania Corporation; and H.D. SMITH WHOLESALE DRUG CO., a Delaware Corporation with its principal place of business in Illinois, <br><br> Defendants. | Case No. 1:12-CV-06403 <br><br> Judge James B. Zagel |

**NOTICE OF WITHDRAWAL
OF PLAINTIFF'S MOTION TO REMAND (DOC. 40)**

Based upon representations made by Defendant H.D. Smith Wholesale Drug Co. that it did not distribute the paroxetine that is the subject of this suit and the recent recantation by witness Eddie Levin regarding his opinion about whether Defendant H.D. Smith Wholesale Drug Co. supplied or distributed the subject paroxetine, which was also based upon Defendant H.D. Smith Wholesale Drug Co.'s representations, Plaintiff respectfully withdraws the pending Motion to Remand (Doc. 40), filed on September 12, 2012.

Dated: January 7, 2013

                                                     By: /s/ R. Brent Wisner
                                                      R. Brent Wisner, Esq. (*pro hac vice*)
                                                      Michael L. Baum, Esq. (*pro hac vice*)
                                                      Bijan Esfandiari, Esq. (*pro hac vice*)
                                                      Frances M. Phares, Esq. (*pro hac vice*)
                                                      BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
                                                      12100 Wilshire Blvd., Suite 950
                                                      Los Angeles, CA 90025

(310) 207-3233
(310) 207-4204 (fax)

and

Joshua L. Weisberg, Esq.
Lindsey A. Epstein, Esq.
RAPOPORT LAW OFFICES, P.C.
20 North Clark Street, Suite 3500
Chicago, IL 60602
(312) 327-9880
(312) 327-9881 (fax)

*Attorneys for Plaintiff, Wendy Dolin*