# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Wendy B. Dolin

                                       Plaintiff,

v.                                                     Case No.: 1:12–cv–06403
                                                         Honorable James B. Zagel

SmithKline Beecham Corporation, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James B. Zagel:Status hearing held on 1/10/2013. Motion to dismiss defendant H.D. Smith [16] is granted. Defendant H.D. Smith Wholesale Drug Co. (a Delaware Corporation with its principal place of business in Illinois) is dismissed without prejudice. Motion to dismiss [22] is entered and continued. Memorandum in support of motion to dismiss [22] is due 1/18/2013. Responses due by 2/15/2013. Replies due by 3/1/2013. Leave is given to file responding brief in excess of the page limitation. Status hearing set for 4/24/2013 at 9:15 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.