IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WENDY B. DOLIN, Individually and as Independent Executor of the ESTATE OF STEWART DOLIN, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINEBEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, a Pennsylvania Corporation; MYLAN, INC., a Pennsylvania Corporation; and H.D. SMITH WHOLESALE DRUG CO., a Delaware Corporation with its principal place of business in Illinois,<br><br>Defendants. | Case No. 1:12-cv-06403 |

**JOINT STIPULATION OF TIMING FOR SUPPLEMENTAL BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT**

At the June 18, 2013 status conference, the Court requested supplemental briefing from Plaintiff Wendy Dolin and Defendants GlaxoSmithKline LLC and Mylan Inc. (collectively, the "Parties") with respect to the "product" at issue and the implications of the United States Supreme Court's decision in *Mutual Pharmaceutical Co. v. Bartlett*, No. 12–142, 570 U.S. ____, 2013 WL 3155230 (June 24, 2013).[1]  (*See* Docket No. 96, Minute Entry, at 1 (directing the Parties to submit an agreed supplemental briefing schedule).)  In light of the foregoing, the Parties hereby stipulate and agree to the following supplemental briefing schedule:

1. Opening briefs, if any, for all Parties will be filed simultaneously on July 24, 2013.

2. Responses will be filed on or before August 5, 2013.


Dated:  June 25, 2013               Respectfully submitted,

                                    By: /s/  Christopher R. Benson
                                    Andrew T. Bayman (*pro hac vice*)
                                    Todd P. Davis (*pro hac vice*)
                                    David F. Norden (*pro hac vice*)

---

[1] For the Court's convenience and reference, a true and correct copy of the Slip Opinion issued by the Supreme Court in *Bartlett* is attached hereto as Exhibit "A."

Christopher R. Benson (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521

Alan S. Gilbert (No. 953210)
Melissa Economy (No. 6282802)
SNR DENTON US LLP
233 S. Wacker Drive, Suite 7800
Chicago, Illinois 60606-6404

*Attorneys for GlaxoSmithKline LLC*


By: /s/ Jason M. Reefer
Jason M. Reefer (*pro hac vice*)
Clem C. Trischler (*pro hac vice*)
PIETRAGALLO GORDON ALFANO BOSICK &
RASPANTI, LLP
One Oxford Centre, 38th Fl.
Pittsburgh, PA 15219

*Attorneys for Defendant Mylan Inc.*


By: /s/ R. Brent Wisner
R. Brent Wisner (*pro hac vice*)
Michael L. Baum (*pro hac vice*)
Bijan Esfandiari (*pro hac vice*)
Frances M. Phares (*pro hac vice*)
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025

*Attorneys for Plaintiff Wendy B. Dolin*