Wendy B. Dolin

                        Plaintiff,

v.                                            Case No.: 1:12–cv–06403

                                            Honorable James B. Zagel

SmithKline Beecham Corporation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 28, 2014:

       MINUTE entry before the Honorable James B. Zagel: In accordance with the Court's Memorandum Opinion and Order, Defendant GSK's Motion for Summary Judgment [77] is granted in part and denied in part and Mylan's Motion to Dismiss [81] is granted. Status hearing set for 4/17/14 at 9:15 a.m. Enter Memorandum Opinion and Order. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.