IN THE UNITED STATES DISTRICT OF COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

WENDY B. DOLIN, Individually and as )
Independent Executor of the ESTATE OF )
STEWART DOLIN, Deceased )
                                        )
Plaintiff, )
                                        )
v. ) Case No. 1:12-cv-06403
                                        )
SMITHKLINE BEECHAM CORPORATION )
D/B/A GLAXOSMITHKLINE, a Pennsylvania)
Corporation )
                                        )
Defendant. )
                                        )

## <u>SCHEDULING ORDER</u>

      Upon consideration of the Scheduling Order discussed with the parties at the April 17,

2014 Status Conference, the following deadlines shall apply to this case:

| <u>Event:</u> | <u>Deadline:</u> |
|---|---|
| **Plaintiff's Verified Supplemental Discovery Responses** | April 30, 2014 |
| **Plaintiff's Preliminary Trial Witness List** | July 11, 2014 |
| **GSK's Preliminary Trial Witness List** | August 11, 2014 |
| **Completion of Fact Discovery** | October 31, 2014 |
| **Plaintiff's Rule 26(a)(2) Expert Disclosure & Reports** | November 14, 2014 |
| **Plaintiff's Experts' Depositions to be Completed** | December 15, 2014 |
| **Defendant's Rule 26(a)(2) Expert Disclosure & Reports** | January 5, 2015 |
| **Defendant's Experts' Depositions to be Completed** | February 6, 2015 |
| **Rebuttal Expert Disclosure and Reports** | February 20, 2015 |
| **Rebuttal Expert Depositions to be Completed** | March 6, 2015 |

| | |
|---|---|
| **Deadline for Plaintiff to Identify Any Previously-Produced Suicidality Litigation Documents That Plaintiff Wants To Use in This Case** | March 6, 2015 |
| **Dispositive Motions** | March 13, 2015 |
| **Oppositions to Dispositive Motions** | [within 14 days of receipt] |
| **Replies in Support of Dispositive Motions** | [within 7 days of receipt] |
| ***Daubert* Motions to Exclude Expert Opinions** | March 20, 2015 |
| **Oppositions to *Daubert* Motions** | [within 14 days of receipt] |
| **Replies to *Daubert* Motions** | [within 7 days of receipt] |
| **Motions *in Limine*** | April 3, 2015 |
| **Oppositions to Motions *in Limine*** | [within 14 days of receipt] |
| **Replies to Motions *in Limine*** | [within 7 days of receipt] |
| **Exchange of Deposition Designations** | April 17, 2015 |
| **Exchange of Deposition Objections and Counter-Designations** | May 1, 2015 |
| **Exchange of Exhibit and Witness Lists** | May 1, 2015 |
| **Exchange of Further Deposition Objections and Counter-Designations** | May 22, 2015 |
| **Exchange of Objections to Exhibit and Witness Lists** | May 22, 2015 |
| **Pretrial Order** | May 29, 2015 |
| **Final Pretrial Conference** | |
| **Trial Setting** | |

This schedule may be modified for good cause shown.

IT IS SO ORDERED, THIS 5th DAY OF May, 2014.

_____
JAMES B. ZAGEL
UNITED STATES DISTRICT JUDGE