# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 12, 2014

**To:** Thomas G. Bruton
Clerk of Court

**To:** James B. Zagel
District Court Judge

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 14-2051
>
> Caption:
> IN RE:
>  SMITHKLINE BEECHAM CORPORATION, doing business as
>  Glaxosmithkline, a Pennsylvania Corporation,
>             Petitioner
>
> ---
>
> District Court No: 1:12-cv-06403
> District Judge James Zagel
> Clerk/Agency Rep Thomas Bruton

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)