*a EE*

IN THE UNITED STATES DISTRICT OF COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WENDY B. DOLIN, Individually and as | ) | |
| Independent Executor of the ESTATE OF | ) | |
| STEWART DOLIN, Deceased | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-06403 |
| | ) | |
| SMITHKLINE BEECHAM CORPORATION | ) | |
| D/B/A GLAXOSMITHKLINE, a Pennsylvania | ) | |
| Corporation | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AMENDED SCHEDULING ORDER

Upon consideration of the parties' Joint Motion to Extend Deadlines in Scheduling

Order, and for good cause shown, the Court modifies the deadlines for this case as follows:

| Event: | Deadline: |
|---|---|
| **Completion of Fact Discovery** | January 30, 2015 |
| **Plaintiff's Rule 26(a)(2) Expert Disclosure & Reports** | February 13, 2015 |
| **Plaintiff's Experts' Depositions to be Completed** | March 13, 2015 |
| **Defendant's Rule 26(a)(2) Expert Disclosure & Reports** | April 3, 2015 |
| **Defendant's Experts' Depositions to be Completed** | May 4, 2015 |
| **Rebuttal Expert Disclosure and Reports** | May 18, 2015 |
| **Rebuttal Expert Depositions to be Completed** | June 1, 2015 |
| **Deadline for Plaintiff to Identify Any Previously-Produced Suicidality Litigation Documents That Plaintiff Wants To Use in This Case** | June 1, 2015 |
| **Dispositive Motions** | June 8, 2015 |

| | |
|---|---|
| **Oppositions to Dispositive Motions** | [within 14 days of receipt] |
| **Replies in Support of Dispositive Motions** | [within 10 days of receipt] |
| ***Daubert* Motions to Exclude Expert Opinions** | June 15, 2015 |
| **Oppositions to *Daubert* Motions** | [within 14 days of receipt] |
| **Replies to *Daubert* Motions** | [within 7 days of receipt] |
| **Motions *in Limine*** | June 29, 2015 |
| **Oppositions to Motions *in Limine*** | [within 14 days of receipt] |
| **Replies to Motions *in Limine*** | [within 7 days of receipt] |
| **Exchange of Deposition Designations** | July 13, 2015 |
| **Exchange of Deposition Objections and Counter-Designations** | July 31, 2015 |
| **Exchange of Exhibit and Witness Lists** | July 31, 2015 |
| **Exchange of Further Deposition Objections and Counter-Designations** | August 21, 2015 |
| **Exchange of Objections to Exhibit and Witness Lists** | August 21, 2015 |
| **Pretrial Order** | August 28, 2015 |
| **Final Pretrial Conference** | |
| **Trial Setting** | |

This schedule may be modified for good cause shown.

IT IS SO ORDERED, THIS __25__ DAY OF __Sept__, 2014.


JAMES B. ZAGEL
UNITED STATES DISTRICT JUDGE