**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WENDY DOLIN, Individually and as Independent Executor of the ESTATE OF STEWART DOLIN, deceased,<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, a Pennsylvania Corporation,<br><br>Defendant. | ) | Case No. 12-CV-06403<br><br>Judge James B. Zagel |

**JOINT STATUS CONFERENCE STATEMENT**

The parties submit the following Joint Status Conference Statement in anticipation of the Status Conference set for November 20, 2014 at 9:30 a.m.

## I. Case Status and Schedule

Following the parties' Status Conference on April 17, 2014 , and pursuant to a stipulation of the parties, the Court entered a scheduling order on May 5, 2014. (Dkt. 135.) The completion of fact discovery was originally set for October 31, 2014. However, the parties moved to extend the case schedule and the Court entered an amended scheduling order on September 25, 2014 (Dkt. 190). The following is the operative case schedule:

| Event | Deadline |
|---|---|
| Completion of Fact Discovery | January 30, 2015 |
| Plaintiff's Rule 26(a)(2) Expert Disclosure & Reports | February 13, 2015 |
| Plaintiff's Experts'' Depositions be Completed | March 13, 2015 |
| Defendant's Rule 26(a)(2) Expert Disclosure & Reports | April 3, 20l5 |

Defendant's Experts' Depositions to be Completed .................................................. May 4, 2015

Rebuttal Expert Disclosure and Reports ..................................................................... May 18,2015
Rebuttal Expert Depositions to be Completed ............................................................ June 1,2015

Deadline for Plaintiff to Identify Any Previously-Produced
Suicidality Litigation Documents That Plaintiff Wants
To Use in This Case ........................................................................................................ June 1, 2015

Dispositive Motions ........................................................................................................ June 8, 2015
Oppositions to Dispositive Motions...................................................... [within 14 days of receipt]
Replies in Support of Dispositive Motions ............................................. [within l0 days of receipt]

*Daubert* Motions to Exclude Expert Opinions ......................................................... June 15, 2015
Oppositions to *Daubert* Motions ........................................................... [within 14 days of receipt]
Replies to *Daubert* Motions..................................................................... [within 7 days of receipt]

Motions in *Limine* ........................................................................................................ June 29, 2015
Oppositions to Motions in *Limine*........................................................... [within l4 days of receipt]
Replies to Motions in *Limine* .................................................................... [within 7 days of receipt]

Exchange of Deposition Designations .........................................................................July 13, 2015
Exchange of Deposition Designations Objections
and Counter Designations ..............................................................................................July 31, 2015
Exchange of Exhibit and Witness Lists .........................................................................July 31, 2015
Exchange of Further Deposition Objections
and Counter Designations ........................................................................................... August 21, 2015
Exchange of Objections to Exhibit and Witness Lists ............................................ August 21, 2015

Pretrial Order ............................................................................................................ August 28, 2015

Final Pretrial Conference .......................................................................................................TBD

Trial Setting .............................................................................................................................TBD

## II. Discovery Status

Plaintiff has produced over 1,500 pages of documents in response to GSK's various document requests.

GSK has produced hundreds of thousands of pages of documents in response to Plaintiff's various document requests. This production does not include the approximately million pages of documents that were produced in prior Paxil-suicide litigation that the parties

agreed Plaintiff could use in this case, as reflected in the Scheduling Order and as subject to GSK's right to object to the admissibility of any of these documents. Fact depositions are on-going.

In addition to the documents produced by the parties, GSK has collected over 9,000 pages of documents in response to numerous subpoenas and a number of record requests following notice of the requests to Plaintiff without objection.

There have been fourteen depositions so far in this litigation. GSK has taken twelve depositions, including depositions of the Plaintiff and her adult children.

Plaintiff has taken two depositions so far and intends to take the depositions of several GSK employees before the close of fact discovery.

## III. Motions

There is currently only one pending motion before the Court: Plaintiff's Motion to Compel (Dkts. 195-199), which is presently set for hearing on November 20, 2014.

Dated: November 18, 2014

Respectfully submitted,

/s/ R. Brent Wisner

Michael L. Baum (*pro hac vice*)
sbeam@baumhedlundlaw.com
Bijan Esfandiari (*pro hac vice*)
besfandiari@baumhedlundlaw.com
Frances M. Phares (*pro hac vice*)
fphares@baumhedlundlaw.com
R. Brent Wisner (*pro hac vice*)
rbwisner@baumhedlundlaw.com
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
(310) 207-3233

*Attorneys for Plaintiff*

By: /s/ Alan S. Gilbert
Alan S. Gilbert (No. 953210)
Melissa Economy (No. 6282802)
DENTONS US LLP
233 S. Wacker Drive, Suite 7800
Chicago, Illinois 60606-6404
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

Andrew T. Bayman (*pro hac vice*)
Todd P. Davis (*pro hac vice*)
Heather M. Howard (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

*Attorneys for GlaxoSmithKline LLC*

**CERTIFICATE OF SERVICE**

I, R. Brent Wisner, hereby certify that, on November 18, 2014, I electronically filed **JOINT STATUS CONFERENCE STATEMENT** for Plaintiffs, with the Clerk for the United States District Court for the Northern District of Illinois, Eastern Division using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ R. Brent Wisner
R. Brent Wisner