IN THE UNITED STATES DISTRICT OF COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WENDY B. DOLIN, Individually and as Independent Executor of the ESTATE OF STEWART DOLIN, Deceased | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:12-cv-06403 |
| SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, a Pennsylvania Corporation | ) ) ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF RESOLUTION OF CONTESTED MATTER AND
JOINT MOTION TO EXTEND DEADLINES IN SCHEDULING ORDER**

GlaxoSmithKline LLC ("GSK") and Plaintiff Wendy Dolin ("Plaintiff") respectfully

submit this Notice of Resolution of Contested Matter and Joint Motion to Extend Deadlines in

Scheduling Order, respectfully showing the Court as follows:

1.      The parties' current fact discovery deadline was on January 30, 2015.  (ECF No. 190.)

2.      Prior to that fact discovery deadline, GSK moved for a short, three-week extension of the

fact discovery deadline.  (ECF Nos. 219-221.)  This motion is scheduled for presentment on

February 3, 2015.  At the time GSK filed its Motion, Plaintiff was not in agreement.

3.      Since GSK filed its Motion, the parties have conferred further and Plaintiff no longer

opposes GSK's Motion.

4.      Plaintiff now also seeks a short extension given outstanding discovery from a non-party

needed by one of her expert witnesses for his Rule 26 expert report, and accordingly, joins in

GSK's request for a short, three-week extension of the fact discovery deadline, with

corresponding three-week extensions of subsequent Scheduling Order deadlines. In making this request for an extension, Plaintiff reserves and does not waive her objections to the deposition that is the subject of Plaintiff's pending Motion to Quash. (ECF Nos. 217-218.)

5.      The parties have worked diligently to complete fact discovery, and have reached agreement on most issues that have arisen during the discovery period. The outstanding discovery that has not yet occurred includes depositions of David Miniat and Susan Kolavo, both associated with Ed Miniat Inc., and David DeNinno, formerly of Reed Smith, to which the parties agree, and which the parties have scheduled or are in the process of scheduling over the course of the next three weeks. This proposed extension is made to accommodate the witnesses' schedules and to allow Plaintiff to obtain outstanding discovery referenced above.

6.      The Court has not set a trial date for this case, nor has a date been set for a Pretrial Conference.

7.      For the reasons described above, the parties respectfully request that the Court extend the deadlines in the current Scheduling Order by three weeks, as detailed in the attached Proposed Second Amended Scheduling Order (attached as Ex. 1), including setting a new fact discovery deadline of February 20, 2015.


Dated:  February 2, 2015                    Respectfully submitted,


                                            By: /s/ Alan S. Gilbert
                                            Alan S. Gilbert (No. 953210)
                                            Melissa Economy (No. 6282802)
                                            DENTONS US LLP
                                            233 S. Wacker Drive, Suite 7800
                                            Chicago, Illinois  60606-6404
                                            Telephone:  (312) 876-8000
                                            Facsimile:  (312) 876-7934

Andrew T. Bayman (*pro hac vice*)
Todd P. Davis (*pro hac vice*)
Heather M. Howard (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100

*Attorneys for GlaxoSmithKline LLC*


/s/ R. Brent Wisner
Michael L. Baum
sbeam@baumhedlundlaw.com
Bijan Esfandiari
besfandiari@baumhedlundlaw.com
Frances M. Phares
fphares@baumhedlundlaw.com
R. Brent Wisner
rbwisner@baumhedlundlaw.com
Baum Hedlund Aristei & Goldman, P.c.
12100 Wilshire Blvd.
Suite 950
Los Angeles, CA 90025
(310) 207-3233

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that on February 2, 2015, I electronically filed the foregoing

**NOTICE OF RESOLUTION OF CONTESTED MATTER AND JOINT MOTION TO**

**EXTEND DEADLINES IN SCHEDULING ORDER** with the Clerk of the Court using the

CM/ECF system which will send notification of such filing to registered parties.

By: /s/ Alan S. Gilbert
Alan S. Gilbert (No. 953210)
DENTONS US LLP

*Attorney for GlaxoSmithKline LLC*