IN THE UNITED STATES DISTRICT OF COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WENDY B. DOLIN, Individually and as Independent Executor of the ESTATE OF STEWART DOLIN, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, a Pennsylvania Corporation, | ) ) ) ) |
| Defendant. | ) ) |

Case No. 1:12-cv-06403

**DEFENDANT GLAXOSMITHKLINE LLC'S**
**MOTION FOR SPECIAL SETTING FOR TRIAL**

Defendant GlaxoSmithKline LLC ("GSK") respectfully submits this Motion for a Special Setting for Trial, advising the Court as follows:

1. In its Second Amended Scheduling Order, the Court scheduled this matter for a Trial Setting on November 2, 2015. (ECF No. 228, filed Feb. 5, 2015.) Before that time, the parties had submitted a proposed Second Amended Scheduling Order that had not included a proposed trial date. (*See* ECF No. 223-1.)

2. GSK's national counsel, including lead trial counsel Mr. Bayman, already has two other trials set to occur in November 2015, both of which were set prior to the date of this Court's Second Amended Scheduling Order. (*See* Declaration of Andrew T. Bayman ("Bayman Decl."), ¶¶ 3-6, attached as Ex. 1; *TRM v. SmithKline Beecham Corp.* Scheduling Order, No. 4:14-cv-00452 (S.D. Tex. June 13, 2014) (setting trial for November 2015), attached as Ex. A to Bayman Decl.; *Moore v. SmithKline Beecham Corp.* Second Amended Scheduling Order, No. 001144 (Phila. Com. Pl. Feb. 4, 2015) (setting trial for November 2, 2015), attached as Ex. B to Bayman Decl.)

3.     Further, it is unclear to counsel whether the current trial setting provides a firm date for the expected three-week trial of this matter or whether other trials have also been scheduled for that period.

4.     Given the conflict faced by GSK's lead trial counsel and the fact that both parties have trial counsel[1] and multiple witnesses[2] from out-of-state, GSK requests that the trial be reset for another firm date that counsel and witnesses can plan their schedules around.

5.     GSK understands that Plaintiff is not opposed to a special trial setting, but that she disagrees as to when that special setting should occur.  (*See* Bayman Decl. ¶ 8.)

6.     Plaintiff has suggested a trial setting immediately after Thanksgiving in late November 2015.  Even if GSK's counsel's other trials are completed by then (which is highly unlikely), this will not afford GSK's counsel the ability to prepare for trial, so this does not present an acceptable alternative.  (*See* Bayman Decl. ¶¶ 7-9, and Ex. C to Bayman Decl. (email exchange between counsel).)

Given that both parties have trial counsel from out-of-state and a number of out-of-state witnesses who will need to plan their schedules around the trial of this matter, GSK respectfully requests that the Court set a continuous, uninterrupted three-week special trial setting for this matter at a time other than early November 2015.

---

[1] Plaintiff's counsel is from California and GSK's is from Georgia.
[2] Both parties have expert witnesses from out-of-state.  Of Plaintiff's five experts, only one has an Illinois address, and that witness resides part of the year in California.  GSK has not yet disclosed its expert witnesses, but they will include several witnesses from outside of Illinois.  GSK also has fact witnesses from out of state.

2

Dated:  April 10, 2015				Respectfully submitted,


By:  /s/ Alan S. Gilbert
Alan S. Gilbert (No. 953210)
Melissa Economy (No. 6282802)
DENTONS US LLP
233 S. Wacker Drive, Suite 7800
Chicago, Illinois  60606-6404
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934

Andrew T. Bayman (*pro hac vice*)
Todd P. Davis (*pro hac vice*)
Heather M. Howard (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100

Robert E. Glanville (*pro hac vice*)
Thomas S. Wiswall (*pro hac vice*)
Tamar P. Halpern (*pro hac vice*)
PHILLIPS LYTLE LLP
One Canalside
125 Main Street
Buffalo, NY 14203-2887
Telephone: (716) 847-8400
Facsimile: (716) 852-6100

*Attorneys for GlaxoSmithKline LLC*

# CERTIFICATE OF SERVICE

It is hereby certified that on April 10, 2015, I have served a copy of the foregoing

**DEFENDANT GLAXOSMITHKLINE LLC'S MOTION FOR SPECIAL SETTING FOR TRIAL** on the following counsel via e-mail:

| | |
|---|---|
| Michael L. Baum | Joshua Lawrence Weisberg |
| *sbeam@baumhedlundlaw.com* | *jweisberg@rapoportlaw.com* |
| Bijan Esfandiari | Lindsey Alaine Epstein |
| *besfandiari@baumhedlundlaw.com* | *lepstein@rapoportlaw.com* |
| Frances M. Phares | Rapoport Law Offices, PC |
| *fphares@baumhedlundlaw.com* | 20 N. Clark Street |
| R. Brent Wisner | Suite 3500 |
| *rbwisner@baumhedlundlaw.com* | Chicago, IL 60602 |
| Baum Hedlund Aristei & Goldman, P.c. | (312) 327-9880 |
| 12100 Wilshire Blvd. | |
| Suite 950 | |
| Los Angeles, CA 90025 | |
| (310) 207-3233 | |

*Attorneys for Plaintiff Wendy B. Dolin*

By: /s/ Alan S. Gilbert
Alan S. Gilbert (No. 953210)
DENTONS US LLP

*Attorney for GlaxoSmithKline LLC*