IN THE UNITED STATES DISTRICT OF COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

WENDY B. DOLIN, Individually and as )
Independent Executor of the ESTATE OF )
STEWART DOLIN, Deceased )
)
Plaintiff, )
)
v. ) Case No. 1:12-cv-06403
)
SMITHKLINE BEECHAM CORPORATION )
D/B/A GLAXOSMITHKLINE, a Pennsylvania)
Corporation )
)
Defendant. )
)

## THIRD AMENDED SCHEDULING ORDER

Upon consideration of the parties' Joint Motion to Extend Intermediate Deadlines in Scheduling Order, and for good cause shown, the Court modifies the deadlines for this case as follows:

| **Event:** | **Deadline:** |
|---|---|
| **Completion of Fact Discovery** | February 20, 2015 |
| **Plaintiff's Rule 26(a)(2) Expert Disclosure & Reports** | March 6, 2015 |
| **Plaintiff's Experts' Depositions to be Completed** | April 3, 2015 |
| **Defendant's Rule 26(a)(2) Expert Disclosure & Reports** | May 1, 2015 |
| **Defendant's Experts' Depositions to be Completed** | May 29, 2015 |
| **Rebuttal Expert Disclosure and Reports** | June 8, 2015 |
| **Rebuttal Expert Depositions to be Completed** | June 22, 2015 |
| **Deadline for Plaintiff to Identify Any Previously-Produced Suicidality Litigation Documents That Plaintiff Wants To Use in This Case** | June 22, 2015 |

| | |
|---|---|
| Dispositive Motions | June 29, 2015 |
| Oppositions to Dispositive Motions | [within 14 days of receipt] |
| Replies in Support of Dispositive Motions | [within 10 days of receipt] |
| *Daubert* Motions to Exclude Expert Opinions | July 6, 2015 |
| Oppositions to *Daubert* Motions | [within 14 days of receipt] |
| Replies to *Daubert* Motions | [within 7 days of receipt] |
| Motions *in Limine* | July 20, 2015 |
| Oppositions to Motions *in Limine* | [within 14 days of receipt] |
| Replies to Motions *in Limine* | [within 7 days of receipt] |
| Exchange of Deposition Designations | August 3, 2015 |
| Exchange of Deposition Objections and Counter-Designations | August 21, 2015 |
| Exchange of Exhibit and Witness Lists | August 21, 2015 |
| Exchange of Further Deposition Objections and Counter-Designations | September 11, 2015 |
| Exchange of Objections to Exhibit and Witness Lists | September 11, 2015 |
| Pretrial Order | September 18, 2015 |
| Final Pretrial Conference | September 28, 2015 |
| Trial Setting | November 2, 2015 |

This schedule may be modified for good cause shown.

IT IS SO ORDERED, THIS 10th DAY OF April, 2015.

JAMES B. ZAGEL
UNITED STATES DISTRICT JUDGE