IN THE UNITED STATES DISTRICT OF COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

WENDY B. DOLIN, Individually and as )
Independent Executor of the ESTATE OF )
STEWART DOLIN, Deceased )
)
Plaintiff, )
)
v. ) Case No. 1:12-cv-06403
)
SMITHKLINE BEECHAM CORPORATION )
D/B/A GLAXOSMITHKLINE, a Pennsylvania)
Corporation )
)
Defendant. )
)

## FIFTH AMENDED SCHEDULING ORDER

Upon consideration of the parties' Joint Motion to Amend Scheduling Order, and for good cause shown, the Court modifies the deadlines for this case as follows:

| Event: | Deadline: |
|---|---|
| **Deadline for Plaintiff to Identify Any Previously-Produced Suicidality Litigation Documents That Plaintiff Wants To Use in This Case** | February 15, 2016 |
| **Motions** *in Limine* | April 4, 2016 |
| **Oppositions to Motions** *in Limine* | April 18, 2016 |
| **Replies in Support of Motions** *in Limine* | May 2, 2016 |
| **Exchange of Deposition Designations** | June 3, 2016 |
| **Exchange of Exhibit and Witness Lists** | June 17, 2016 |
| **Exchange of Deposition Objections and Counter-Designations** | July 8, 2016 |
| **Exchange of Objections to Exhibit and Witness Lists** | July 22, 2016 |

| | |
|---|---|
| **Exchange of Further Deposition Objections and Counter-Designations** | August 5, 2016 |
| **Pretrial Order** | August 18, 2016 |
| **Final Pretrial Conference** | September 8, 2016 at 2:00 pm |
| **Special Trial Setting** | September 19, 2016 at 10:30 am |

This schedule may be modified for good cause shown.

IT IS SO ORDERED, THIS 3rd DAY OF November, 2015.

_____
JAMES B. ZAGEL
UNITED STATES DISTRICT JUDGE