UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Wendy B. Dolin

                Plaintiff,

v.                                   Case No.: 1:12−cv−06403
                                        Honorable James B. Zagel

SmithKline Beecham Corporation, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 12, 2016:

      MINUTE entry before the Honorable James B. Zagel: Status hearing held. As stated on the transcript, Defendant's motions for summary judgment [305] and [310] are entered and continued. These motions will not be ruled on before trial. Defendant39;s motion to compel the production of evidence by Dr. Healy [250] is also entered and continued. Plaintiff must provide a privilege log by 2/2/16. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.