IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WENDY B. DOLIN, Individually and as Independent Executor of the ESTATE OF STEWART DOLIN, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, a Pennsylvania Corporation,<br><br>Defendant. | Case No. 1:12-cv-06403 |

**DEFENDANT GLAXOSMITHKLINE LLC'S**
**MOTION FOR JUDGMENT AS A MATTER OF LAW**

Pursuant to Federal Rule of Civil Procedure 50(a), Defendant GlaxoSmithKline LLC ("GSK") submits this Motion for Judgment as a Matter of Law. For the reasons outlined in the accompanying memorandum of law, there is no legally sufficient evidentiary basis for a reasonable jury to find in favor of Plaintiff Wendy Dolin. FED. R. CIV. P. 50(a)(1).

Accordingly, GSK respectfully requests that this Court g grant GSK's Motion for Judgment as a Matter of Law. Plaintiff's claim against GSK should be dismissed with prejudice, and the Court should grant GSK such other and further relief as it deems just and proper.

Dated: April 4, 2017

Respectfully submitted,

By: /s/ Alan S. Gilbert
Alan S. Gilbert (No. 953210)
Anders C. Wick (No. 6274319)
DENTONS US LLP
233 S. Wacker Drive, Suite 5900

Chicago, Illinois 60606-6404
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
Andrew T. Bayman (*pro hac vice*)
Todd P. Davis (*pro hac vice*)
Ursula M. Henninger (pro hac vice)
Heather M. Howard (*pro hac vice*)
K<small>ING</small> & S<small>PALDING</small> LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

*Attorneys for GlaxoSmithKline LLC*

## **CERTIFICATE OF SERVICE**

It is hereby certified that on April 4, 2017, I have served a copy of the foregoing **DEFENDANT GLAXOSMITHKLINE LLC'S MOTION FOR JUDGMENT AS A MATTER OF LAW** on all counsel of record via this Court's ECF System.

                    By: /s/ Alan S. Gilbert
                    Alan S. Gilbert
                    DENTONS US LLP

                    *Attorney for GlaxoSmithKline LLC*
                    Facsimile: (716) 852-6100

                    *Attorneys for Defendant GlaxoSmithKline LLC*

cc:     All current counsel of record