IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WENDY B. DOLIN, Individually and as Independent Executor of the ESTATE OF STEWART DOLIN, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, a Pennsylvania Corporation, <br><br> Defendant. | Case No. 1:12-cv-06403 <br><br> Judge William T. Hart |

## DEFENDANT GLAXOSMITHKLINE LLC'S
## RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

Pursuant to Federal Rule of Civil Procedure 50(a), Defendant GlaxoSmithKline LLC ("GSK") submits this Renewed Motion for Judgment as a Matter of Law.[1] For the reasons outlined in the accompanying memorandum of law, there is no legally sufficient evidentiary basis for a reasonable jury to find in favor of Plaintiff Wendy Dolin. FED. R. CIV. P. 50(a)(1).

Accordingly, GSK respectfully requests that this Court g grant GSK's Renewed Motion for Judgment as a Matter of Law. Plaintiff's claim against GSK should be dismissed with prejudice, and the Court should grant GSK such other and further relief as it deems just and proper.

---

[1] At the close of Plaintiff's case-in-chief on April 4, 2017, GSK filed, and the Court denied, its Motion for Judgment as a Matter of Law and Memorandum of Law in Support. (Dkt. Nos. 539, 540.) Since Plaintiff presented nothing on rebuttal to address the evidence lacking in her case-in-chief, and there is still no legally sufficient evidentiary basis for a reasonable jury to find for Plaintiff, GSK hereby renews and incorporates by reference as if fully set forth herein, its originally-filed Motion and Memorandum. (Dkt. Nos. 539, 540.)

Dated:  April 16, 2017                                Respectfully submitted,

By:  /s/ Alan S. Gilbert
Alan S. Gilbert (No. 953210)
Anders C. Wick (No. 6274319)
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, Illinois  60606-6404
Telephone:  (312) 876-8000
Facsimile:  (312) 876-7934

Andrew T. Bayman (*pro hac vice*)
Todd P. Davis (*pro hac vice*)
Ursula M. Henninger (pro hac vice)
Heather M. Howard (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100

*Attorneys for GlaxoSmithKline LLC*

# CERTIFICATE OF SERVICE

It is hereby certified that on April 16, 2017, I have served a copy of the foregoing **DEFENDANT GLAXOSMITHKLINE LLC'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** on all counsel of record via this Court's ECF System.

By: /s/ Alan S. Gilbert
Alan S. Gilbert
DENTONS US LLP

*Attorney for GlaxoSmithKline LLC*